# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| AMBER CHAPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-02842-SHM-tmp |
| | ) |
| OLYMBEC USA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER DISMISSING CASE WITH PREJUDICE**

Before the Court is the Parties' Notice of Settlement, which states that all issues in this action have been settled and all judgments against Defendant have been satisfied. See ECF No. 193. The parties stipulate to the dismissal of this case with prejudice. See id.; see also Fed. R. Civ. P. 41(a)(1)(A). This action is DISMISSED WITH PREJUDICE.

SO ORDERED this _24th_ day of January, 2024.

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE