**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**Amber Chapman,**

    **Plaintiff,**

**v.**                                     **No. 2:18-cv-02842-SHM-tmp**

**Olymbec USA, LLC,**

    **Defendant.**

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The Parties have filed a Notice of Settlement and have stipulated to the dismissal of this action with prejudice.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed January 24, 2024.

**APPROVED:**

*Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*January 24, 2024*                           WENDY OLIVER
DATE                                           CLERK

                                            */s/ Jairo Mendez*
                                            (By) DEPUTY CLERK